**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. COURTHOUSE
ANDRE M. DAVIS　　　　　　　　　　　　　　　　　　　　　　　　　101 W. LOMBARD STREET
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　BALTIMORE, MARYLAND 21201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(410) 962-0801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (410) 962-0820

August 21, 2001

MEMORANDUM TO COUNSEL RE:　　　Collier v. RAM Partners, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　Civ. No. AMD 00-3294

      My opinion denying in part and granting in part defendant's motion for summary judgment and denying plaintiff's motion for summary judgment is attached. As I think you are aware, Judge Grimm invited a resumption of the ADR process at the conclusion of summary judgment proceedings. Please submit a status report on or before October 31, 2001, so that trial may be scheduled if the case does not settle.

      Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andre M. Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

AMD:tt
cc: Court file
　　Judge Grimm w/attachment

