IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RHONDA D. COLLIER, | : |
|     Plaintiff | : |
| | : |
| v. | :   Civil No. AMD 00-3294 |
| | : |
| RAM PARTNERS, INC., | : |
|     Defendant | : |

...oOo...

## ORDER

In accordance with the foregoing Memorandum, it is this 21st day of August, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the plaintiff's motion for summary judgment is DENIED; and it is further ORDERED

(2) That the defendant's motion for summary judgment is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(3) That the plaintiff shall provide all discovery sought by defendant on the issue of damages within 15 days of the date of this Order; and it is further ORDERED

(4) That the Clerk shall TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

 

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE