**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 31, 2001

MEMORANDUM TO COUNSEL RE:   Collier v. RAM Partners, Inc.
                            Case No.   AMD 00-3294

In accordance with our telephone conference on the above date, the schedule in this case will be as follows:

Pre-trial conference   -   Wednesday, December 12, 2001, at 3:00 p.m.

Trial (jury)           -   Monday, December 17, 2001, at 9:30 a.m.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ Andre M. Davis

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file