# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

2001 NOV 21  P 3: 51

November 21, 2001

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

MEMORANDUM TO COUNSEL RE:       Collier v. RAM Partners, Inc.
                                Civ. No. AMD 00-3294

It now appears that I am not available to try this case beginning December 17, 2001 as previously indicated. Please consult with each other within the next few days and advise me, on or before Monday, December 3, 2001, as to agreed dates in January and February when we might try this case. The pre-trial conference will be rescheduled after a new trial date has been identified.

Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file