FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 14 P 3: 29

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| RHONDA D. COLLIER, | * |
| Plaintiff, | * |
| v. | *   Civil Court Action No: AMD-00-CV-3294 |
| RAM PARTNERS, INC., | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Rhonda D. Collier and Defendant RAM Partners, Inc., hereby stipulate to the dismissal of this action, with prejudice.

_____
Janice Williams-Jones, Esquire
Suite 4
5405 Twin Knolls Road
Columbia, Maryland 21045
Counsel for Plaintiff,
Rhonda D. Collier

_____
Kevin C. McCormick, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Counsel for Defendant,
RAM Partners, Inc.

1361635

APPROVED
[signature]
12/17/2001

DEC 7